IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| ALBERT LACY | § | |
| v. | § | CIVIL ACTION NO. 6:04cv561 |
| KELLY-SPRINGFIELD TIRE CO., ET AL. | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that the complaint be dismissed with prejudice for lack of subject matter jurisdiction. Plaintiff filed a letter on May 20, 2005, that will be construed as written objections.

Having made a *de novo* review of the objections filed by Plaintiff, the Court finds that the findings, conclusions and recommendation of the Magistrate Judge are correct and the objections are without merit. Therefore, the findings and conclusions of the Magistrate Judge are hereby adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that the complaint is hereby **DISMISSED** without prejudice. All motions not previously ruled on are **DENIED**.

**So ORDERED and SIGNED this 15th day of June, 2005.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**